COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

David Parker
3618 Broken Arrow Road
Iberia Parish Jail
New Iberia, LA  70560

**REHEARING ACTION: February 10, 2016**

**Docket Number: 15   01118-KH**

**STATE OF LOUISIANA
VERSUS
DAVID PARKER**

**Writ Application from Iberia Parish Case No. CR-512534**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks
> Hon. Billy Howard Ezell
> Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Parker** has this day been

> **DENIED.**

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent